IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02799-LTB

ERNIE CALBART, SR.,

    Plaintiff,

v.

DONA K. ZAVISLAN, Warden,
DR. HOFFMAN, Medical Director,
WENCE, Sgt., and
KANIZAY, C.O.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 30, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of November, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk